IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Willson,<br><br>      Plaintiff,<br><br>v.<br><br>Quick Collect Incorporated,<br><br>      Defendant. | No. CV-17-00134-TUC-RCC<br><br>**ORDER** |

Pending before the Court is a Notice of Voluntary Dismissal. Doc. 6. Good cause appearing;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The parties have assigned and settled costs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this 24th day of May, 2017.

_____
Honorable Raner C. Collins
Chief United States District Judge